IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:07CV117 |
| v. | ) ) | |
| PRAIRIE VOICE SERVICES, INC., a Delaware corporation, a/k/a PRAIRIE SYSTEMS, INC., | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the unopposed motion to dismiss (Filing No. 10).  Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice.

DATED this 20th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court